UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCLIFF MORGAN DALEY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PELAYO, et al.,<br><br>　　　　　Defendants. | **1:20-cv-01129-GSA-PC**<br><br>**ORDER WITHDRAWING COURT'S ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND**<br><br>**(ECF No. 20.)** |

Alcliff Morgan Daley ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on August 13, 2020. (ECF No. 1.) The Court screened the Complaint and issued an order on February 28, 2022, dismissing it for failure to state a claim, with leave to amend. (ECF No. 12.) On March 21, 2022, Plaintiff filed the First Amended Complaint. (ECF No. 13.)

On March 29, 2023, the Court issued findings and recommendations, recommending that this case be dismissed, with prejudice, for failure to state a claim. (ECF No. 16.) On April 17, 2023, Plaintiff filed a motion for leave to amend and lodged a proposed Second Amended

1

Complaint.  (ECF Nos. 17, 18.)  On April 20, 2023, Plaintiff filed objections to the findings and recommendations, in which he requests leave to file the Second Amended Complaint.  (ECF No. 19.)

On May 16, 2023, the Court issued an order denying Plaintiff's April 17, 2023 motion for leave to file the Second Amended Complaint.  (ECF Nos. 18, 20.)  The court now finds good cause to withdraw its May 16, 2023 order denying Plaintiff's motion to amend as it is more appropriate and within the province of the district judge assigned to this case to consider this motion in conjunction with the court's findings and recommendations.

Based on the foregoing, **IT IS HEREBY ORDERED** that the court's order issued on May 16, 2023 (ECF No. 20), denying Plaintiff's motion to file a Second Amended Complaint, is WITHDRAWN.

IT IS SO ORDERED.

Dated:   **June 23, 2023**                             **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE