UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCLIFF MORGAN DALEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PELAYO, et al.,<br><br>　　　　　　Defendants. | No.  1:20-cv-01129 JLT GSA (PC)<br><br>ORDER ACKNOWLEDGING PLAINTIFF'S REQUEST FOR A JURY TRIAL<br><br>(ECF No. 55)<br><br>ORDER DIRECTING THE CLERK OF COURT TO UPDATE THE DOCKET TO BETTER REFLECT THE NATURE OF PLAINTIFF'S FILING |

　　　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 5, 2024, the instant motion requesting a jury trial filed by Plaintiff was docketed.  ECF No. 55.  Given that the proceedings in this case are still within:  (1) the sixty-day period for the parties to opt out of the Court's Alternative Dispute Resolution Program ("ADR Program"), (2) the 120-day stay period that the Court provided to allow the parties to attempt to settle this case before discovery begins  (see ECF No. 54 at 2) (ADR stay order), and (3) given that  the Court's order which referred this case to Post Screening Early ADR was docketed on 8/29/24, Plaintiff may likely not have received this order at the time he signed his "Motion for Trial" which was signed by Plaintiff on 9/1/24,    Plaintiff's filing will not be treated as a motion

1

to opt out of the ADR Program.  Instead, the Court will simply acknowledge receipt of Plaintiff's request for a jury trial and direct the Clerk of Court to label it as a motion on the docket. Consistent with this, the opt out and stay dates provided by the Court in its stay order (see ECF No. 54) will continue to remain in effect until  either a Party to this action requests an opt out or the stay period expires.

Accordingly, IT IS HEREBY ORDERED that:

    1.  Plaintiff's request for a jury trial (ECF No. 55) shall be construed as a motion;

    2.  The Clerk of Court shall update the docket entry at ECF No. 55 so that it reads "Motion (Request) for Jury Trial," and a gavel shall be added next to the docket entry, and

    3.  The Court herein formally ACKNOWLEDGES Plaintiff's motion for a jury trial (ECF No. 55) for the record.[1]

**The parties are informed that should this matter move past the dispositive motion phase and/or not settle, a jury trial will be scheduled in this matter.**

IT IS SO ORDERED.

    Dated:   **September 17, 2024**　　　　　　　　　**/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] As a result, the added gavel at ECF No. 55 can now be removed so that the Court receives credit for having addressed the instant motion.