UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCLIFF MORGAN DALEY, | No. 1:20-cv-01129 JLT GSA (PC) |
| Plaintiff, | ORDER GRANTING PLANTIFF'S REQUEST FOR EARLY SETTLEMENT CONFERENCE NUNC PRO TUNC |
| v. | |
| PELAYO, et al., | (ECF No. 57) |
| Defendants. | PRE-SETTLEMENT AND SETTLEMENT CONFERENCES SET BEFORE UNITED STATES MAGISTRATE JUDGE SHEILA K. OBERTO |
| | **Telephonic Pre-settlement Conference: February 18, 2025, at 4:00 p.m.** |
| | **Settlement Conference: February 25, 2025, at 10:30 a.m.** |
| | (ECF No. 58) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 15, 2024, a motion to opt out of the Court's Early Alternative Dispute Resolution Program (Request for Settlement Conference), filed by Plaintiff was docketed. ECF

1

No. 57. Shortly thereafter, on October 18, 2024, United States Magistrate Judge Sheila K. Oberto issued a minute order setting this matter for both a telephonic pre-settlement conference and a settlement conference. ECF No. 58. Therefore, Plaintiff's motion will be granted nunc pro tunc.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Opt Out of Early ADR (Request for Settlement Conference) docketed October 15, 2024 (ECF No. 57), is GRANTED nunc pro tunc;

2. Consistent with the minute order issued by United States Magistrate Judge Sheila K. Oberto on October 18, 2024 (see ECF No. 58), the parties are ordered to continue to coordinate with Magistrate Judge Oberto's chambers when preparing for the February 18, 2025, pre-settlement conference date, and the February 25, 2025, settlement conference date, and

3. Closer to the settlement dates, this Court will issue the appropriate appearance writs.

IT IS SO ORDERED.

Dated: **October 21, 2024**          **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE

2