**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALCLIFF MORGAN DALEY, | Case No. 1:20-cv-01129-JLT-GSA |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| v. | |
| PELAYO, *et al.*, | |
| Defendants. | |

Alcliff Morgan Daley, CDCR # F-23701, is necessary and material in a telephonic pre-settlement conference in this case on February 18, 2025, is confined in the California Substance Abuse Treatment Facility (CSATF), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Sheila K. Oberto, by telephonic conferencing from his place of confinement, on **Tuesday, February 18, 2025, at 4:00 p.m.**

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephonic conferencing, to participate in a pre-settlement conference call at the time and place above, until completion of the pre-settlement conference call or as ordered by the court. (Dial-in number: 669-254-5252; meeting ID 160 801 1115; passcode 449390.)

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at CSATF at (559) 992-7101 or via email.

4. Any difficulties connecting to the teleconference shall immediately be reported to Wendy Kusamura, Courtroom Deputy, at wkusamura@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CSATF, P.O. Box 7100, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to appear before Judge Sheila K. Oberto at the time and place above, by telephonic conferencing, until completion of the telephonic pre-settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **February 4, 2025**                             **/s/ Gary S. Austin**
                                                                                    UNITED STATES MAGISTRATE JUDGE

