UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCLIFF MORGAN DALEY,<br><br>Plaintiff,<br><br>v.<br><br>PELAYO, et al.,<br><br>Defendants. | Case No.: 1:20-cv-01129-JLT-GSA<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR DEFENDANTS' FAILURE TO SUBMIT A CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br>**Response Deadline: 2/13/2025 at 5:00 p.m.**<br><br>**ORDER CONTINUING TELEPHONIC PRE-SETTLEMENT CONFERENCE TO FEBRUARY 19, 2025, AT 11:00 A.M.** |

Plaintiff Alcliff Morgan Daley is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.     INTRODUCTION**

The Court issued its Order Setting Settlement Conference and Settlement Conference Procedures on October 24, 2024. (Doc. 60.) The parties were directed to submit a confidential settlement conference statement "no later than **February 11, 2025**." (*Id*. at 2, emphasis in original.)

On February 3, 2025, Plaintiff submitted his confidential settlement conference statement. (Doc. 63 [sealed].) Defendants have not submitted a confidential settlement conference statement and the time to do so has now passed.

**II.    DISCUSSION**

This Court's Local Rules, corresponding with Rule 11 of the Federal Rules of Civil Procedure, provide that the "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions authorized by statute or within the inherent power of the Court." *See* Local Rule 110.

Defendants have failed to comply with this Court's October 24, 2024, order. Defendants' confidential settlement conference statement was not submitted on or before February 11, 2025.

**III.    CONCLUSION AND ORDER**

Defendants **SHALL** show cause in writing, **no later than 5:00 p.m. February 13, 2025**, why sanctions should not be imposed for a failure to comply with the Court's order. Alternatively, within that same period, Defendants submit a confidential settlement conference statement via email at skoorders@caed.uscourts.gov.

Additionally, the Court **CONTINUES** the Telephonic Pre-Settlement Conference from February 18, 2025, at 4:00 p.m. **to Wednesday, February 19, 2025, at 11:00 a.m.** The Court will issue an amended writ of habeas corpus ad testificandum.

IT IS SO ORDERED.

Dated:    **February 12, 2025**              /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE