UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCLIFF MORGAN DALEY,<br><br>            Plaintiff,<br><br>       v.<br><br>PELAYO, et al.,<br><br>            Defendants. | Case No.: 1:20-cv-01129-JLT-GSA<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 65) |

Defendants submitted a confidential settlement conference statement on February 13, 2025. Accordingly, the Order to Show Cause issued February 12, 2025, is **HEREBY DISCHARGED**.

IT IS SO ORDERED.

Dated:   **February 14, 2025**            /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE