UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ALCLIFF MORGAN DALEY,   Case No. 1:20-cv-01129-JLT-GSA

    Plaintiff,   **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

v.

PELAYO, *et al.*,

    Defendants.
_____/

**Alcliff Morgan Daley, CDCR # F-23701**, a necessary and material witness in a settlement conference in this case on March 18, 2025, is confined in the California Substance Abuse Treatment Facility (CSATF), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Sheila K. Oberto, by Zoom video conferencing from his place of confinement, on **Tuesday, March 18, 2025, at 9:00 a.m.**

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephonic conferencing, to participate in a settlement conference call at the time and place above, until completion of the settlement conference call or as ordered by the court. Zoom connection information will be provided approximately one week prior via email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at CSATF at (559) 992-7101 or via email.

4. Any difficulties connecting to the video conference shall immediately be reported to Wendy Kusamura, Courtroom Deputy, at wkusamura@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CSATF, P.O. Box 7100, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Sheila K. Oberto at the time and place above, by video conferencing, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **February 26, 2025**              /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE

