UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCLIFF MORGAN DALEY,<br><br>    Plaintiff,<br><br>  v.<br><br>PELAYO, et al.,<br><br>    Defendants. | No. 1:20-cv-01129 JLT GSA (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY, PRE-TRIAL AND TRIAL SCHEDULING AS IMPROPERLY FILED<br><br>(ECF No. 76) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. Defendants were recently ordered to file a response to Plaintiff's fourth amended complaint after the matter failed to settle. See ECF Nos. 74, 75 (minute order stating no settlement; order regarding responsive pleading, respectively).

Before this Court is Plaintiff's motion for discovery, pre-trial, and trial scheduling. ECF No. 76. For the reasons stated below, the motion will be denied as improperly filed.

I.  PLAINTIFF'S MOTION

On March 27, 2025, Plaintiff's instant motion for discovery, pre-trial and trial scheduling was docketed. ECF No. 76. In it Plaintiff notes, in relevant part, that in 2023 and prior to filing his fourth amended complaint, he had conducted discovery with Defendants Marin and Ochoa.

1

1  Id. at 1.  As a result, Plaintiff asks for no more than thirty to forty-five days more to conduct

2  discovery with the three Defendants who were added in his fourth amended complaint.  Id.

3       II.    DISCUSSION

4      Plaintiff's motion will be denied as improperly filed.  As previously stated, Defendants

5  were recently ordered to file a response to Plaintiff's fourth amended complaint.  See ECF No.

6  75.  The due date by which Defendants must do so is April 9, 2025.  Depending upon the content

7  of Defendants' response to the fourth amended complaint there may be no need to conduct

8  additional discovery, either with respect to Defendants Marin and Ochoa, or with respect to the

9  newly added Defendants Pelayo, Gallagher, and Salazar.  Moreover, even if Defendants'

10  responsive pleading leads the Court to find that a discovery and scheduling order should issue, the

11  Court will issue one, sua sponte.  No party need file a motion requesting the Court to do this.  For

12  these reasons, Plaintiff's motion will be denied as improperly filed.

13      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for discovery, pre-trial,

14  and trial scheduling (ECF No. 76) is DENIED as IMPROPERLY FILED:

15

16

17  IT IS SO ORDERED.

18    Dated: __**March 30, 2025**__               __/s/ **Gary S. Austin**__
                                                  UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28