UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCLIFF MORGAN DALEY,<br><br>Plaintiff,<br><br>v.<br><br>PELAYO, et al.,<br><br>Defendants. | No. 1:20-cv-01129 JLT GSA (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR SECOND SET OF DISCOVERY<br><br>(ECF No. 80) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before this Court is Plaintiff's request to collect additional discovery from Defendants Marin and Ochoa. (ECF No. 80). For the reasons stated below, Plaintiff's motion will be granted.

I. PLAINTIFF'S MOTION FOR ADDITIONAL DISCOVERY

In Plaintiff's motion, he requests that he be permitted to serve additional discovery requests on Defendants. ECF No. 80 at 1. He further states that Defendants have objected to this request because Plaintiff has exceeded the number of twenty-five discovery requests that he is permitted to make, and that they have stated that they will not respond to Plaintiff's requests unless Plaintiff first seeks leave from the Court. Id.

1

## II. DISCUSSION

The second discovery and scheduling order indicates that discovery requests are to be served by June 16, 2025. See ECF No. 79 at 6 (second discovery and scheduling order). Therefore, Plaintiff's motion for leave to request additional discovery is timely.

Plaintiff shall be permitted to serve a second set of discovery requests beyond the twenty-five that he appears to have already served on Defendants. Although Plaintiff's motion does not state how many additional requests he will be making, in the interests of encouraging Plaintiff to be efficient, he will be limited to serving an additional fifteen requests on Defendants before the June 16, 2025, deadline by which the service of discovery must be completed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to serve a second set of discovery on Defendants (ECF No. 80) is GRANTED;

2. Plaintiff may serve no more than fifteen additional discovery requests on Defendants, and

3. The fifteen additional discovery requests must be served on Defendants no later than June 16, 2025, the current deadline set for service of discovery. See ECF No. 79 at 6.

IT IS SO ORDERED.

Dated:   **May 29, 2025**              /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE