1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALCLIFF MORGAN DALEY,                    No.  1:20-cv-01129 JLT GSA (PC)

12              Plaintiff,                     ORDER GRANTING DEFENDANTS'
                                               MOTION TO MODIFY SCHEDULING
13       v.                                    ORDER

14   PELAYO, et al.,                           (ECF No. 86)

15              Defendants.                    **Discovery Ends:  September 15, 2025**
                                               **Motions to Compel Due:  September 15, 2025**
16                                             **Pretrial Motions Due:  December 8, 2025**

17

18          Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil

19   rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

20   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          Before this Court is Defendants' motion for an extension of time to complete discovery.

22   ECF No. 86.  Specifically, Defendants ask that the date to complete discovery be extended to

23   September 14, 2025, so that they can reschedule their deposition of Plaintiff.  Id. at 1.  The Court

24   construes the filing as a motion to modify the second discovery and scheduling order.  See ECF

25   No. 79.

26          For the reasons stated below, the request will be granted, and the Court will reset the

27   remaining original deadlines stated in the second discovery and scheduling order.  See ECF No.

28

                                               1

79 at 6 (second discovery and scheduling order).

I.    RELEVANT FACTS

On April 28, 2025, the Court issued a second discovery and scheduling order for this case. ECF No. 79. In it, the Court ordered discovery to be served by June 16, 2025; for discovery to end and for motions to compel to be filed by August 15, 2025, and for pretrial motions to be filed by November 7, 2025. Id. at 6.

II.    DEFENDANTS' MOTION TO MODIFY

In Defendants' motion to modify second discovery and scheduling order, they ask that the date to complete discovery be extended until September 14, 2025, so that they can take Plaintiff's deposition. ECF No. 86 at 1. In support of the request, counsel for Defendants, Deputy Attorney General Jiaye Zhou, states that Plaintiff's deposition had been scheduled at the California Substance Abuse and Treatment Facility ("CSATF") – where Plaintiff is incarcerated – on August 8, 2025. See ECF No, 86-1 at 1-2 (Decl. of DAG J. Zhou). However, at the time set for Plaintiff's deposition, counsel was told that the Internet had been down since 4:00 a.m., and that it was unclear when the services would be restored. Id. at 2. As a result, DAG Zhou is working with CSATF's Litigation Office Technician to reschedule Plaintiff's deposition. Id. The new deposition date has been tentatively set for August 21, 2025. However, that date will need to be confirmed before it is scheduled. Id.

III.    DISCUSSION

Good cause appearing, Defendants' motion to modify the second discovery and scheduling order so that the end of discovery is extended will be granted. However, because the extension date that Defendants have requested – September 14, 2025 – (see ECF No. 86 at 1) is a Sunday, the deadline to complete discovery will be extended to September 15, 2025, instead. See Fed. R. Civ. P. 6(a)(1)(C). Consistent with this change, as well as with the calendaring of subsequent dates in the second discovery and scheduling order, the parties' motions to compel will be due on the same date, and pretrial motions will now be due on December 8, 2025.

Accordingly, IT IS HEREBY ORDERED that:

1.    Defendants' motion to modify the second discovery and scheduling order (ECF No.

86) is GRANTED;

2.  The end of discovery is EXTENDED to September 15, 2025;

3.  The Court further modifies the second discovery and scheduling order as follows:

- Motions to compel due:        September 15, 2025, and

- Pretrial motions due:        December 8, 2025

**All other directives in the second discovery and scheduling order are to remain in full force and effect.**

IT IS SO ORDERED.

Dated:   **August 11, 2025**                            **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE