1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCLIFF MORGAN DALEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PELAYO, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01129-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR REFERRAL TO SETTLEMENT CONFERENCE AND VACATING DATES<br><br>(ECF No. 104) |

　　　　Plaintiff Alcliff Morgan Daley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's fourth amended complaint against Defendants S. Ochoa, P. Marin, J. Pelayo, P. Gallagher, and R. Salazar ("Defendants") deliberate indifference to serious medical need in violation of the Eighth Amendment.

　　　　Currently before the Court is Defendants' request for referral of this action to a settlement conference and vacating dates, filed December 24, 2025. (ECF No. 104.) Defendants state that they recently received correspondence from Plaintiff expressing his interest in settlement, and therefore believe that a settlement conference may be beneficial. Should the case not settle, Defendants request that the Court reset the motion for summary judgment deadline to a date at least thirty days after the settlement conference. (*Id.*)

///

Plaintiff has not yet had an opportunity to file a response to Defendants' motion, but the Court finds a response unnecessary. The motion is deemed submitted. Local Rule 230(l).

The Court finds that this case will benefit from a settlement conference. The case will be referred to the undersigned to conduct a settlement conference.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' request for referral to settlement conference and vacating dates, (ECF No. 104), is GRANTED;
2. The January 7, 2026 deadline for filing motions for summary judgment is VACATED; and
3. Within **fourteen (14) days** from the date of service of this order, counsel for Defendants shall contact Courtroom Deputy Esther Valdez at (559) 499-5788 or evaldez@caed.uscourts.gov and the Litigation Coordinator at the institution where Plaintiff is housed to determine a date, **no earlier than March 2, 2026**, when the Court and all parties are available for a video settlement conference.

IT IS SO ORDERED.

Dated:   **January 6, 2026**                    /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE

2