UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCLIFF MORGAN DALEY,<br>              Plaintiff,<br><br>v.<br><br>PELAYO, *et al.*,<br>              Defendants. | 1:20-cv-01129-JLT-FRS (BAM)  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE PLAINTIFF **ALCLIFF MORGAN DALEY, CDCR #F-23701, <u>BY ZOOM VIDEO CONFERENCE</u>**<br><br>**DATE: March 12, 2026**<br>**TIME:  9:00 a.m.** |

Alcliff Morgan Daley, inmate, CDCR #F-23701, a necessary and material witness in a settlement conference in this case on March 12, 2026, is confined at California Substance Abuse Treatment Facility, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference** before Magistrate Judge Stanley A. Boone on March 12, 2026, at 9:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California Substance Abuse Treatment Facility:**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** to testify before Judge Boone at the time and place above, until completion of the settlement conference, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **February 10, 2026**          */s/ Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE

