# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

ALCLIFF MORGAN DALEY,

        Plaintiff,

    v.

PELAYO, et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:20-cv-01129-JLT-FRS (BAM) (PC)

ORDER THAT INMATE ALCLIFF MORGAN DALEY IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED

Plaintiff Alcliff Morgan Daley is a state prisoner appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on March 12, 2026. Inmate Alcliff Morgan Daley, CDCR #F-23701, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **March 12, 2026**

                        STANLEY A. BOONE
                        United States Magistrate Judge