UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALCLIFF MORGAN DALEY,<br><br>                Plaintiff,<br><br>        v.<br><br>PELAYO, et al.,<br><br>                Defendants. | No.  1:20-cv-01129-JLT-FJS (PC)<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION FOR RECUSAL AND REASSIGNMENT<br><br>(ECF No. 119) |

On March 12, 2026, a settlement conference was held before the undersigned and the instant case did not settle.  (ECF No. 113.)

On March 20, 2026, Plaintiff filed a motion relating to the settlement conference arguing that his rights were violated because the defense attorneys from his case in the Northern District of California were present during the conference without his knowledge.  (ECF No. 115.) Plaintiff also requests that the undersigned be recuse himself from further involvement in the case.  (Id.)

On March 25, 2026, the Court denied Plaintiff's motion for recusal.  (ECF No. 117.)

On March 30, 2026, Plaintiff filed a second motion to recuse the undersigned from this case.  (ECF No. 119.)  Therein, Plaintiff again seeks to recuse the undersigned from this case "based upon the grounds that statements and conduct by Magistrate Judge Stanley A. Boone during a confidential settlement conference … created an appearance of bias and prejudice and

1

undermined Plaintiff's confidence in the Court's impartiality. (Id.) Plaintiff's second motion for recusal, like his first motion for recusal, alleges bias and prejudice arising out of judicial actions of the undersigned. Indeed, Plaintiff raises the same arguments presented in his first motion which is substantively insufficient under 28 U.S.C. § 144 and 28 U.S.C. § 455, because he fails to allege facts that would support the contention that the undersigned exhibited bias or prejudice directed towards him from an extrajudicial source.[1] Liteky v. United States, 510 U.S. 540, 555 (1994). Accordingly, Plaintiff's second motion for recusal is DENIED.

IT IS SO ORDERED.

Dated: __**April 1, 2026**__

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The Court notes that the undersigned was assigned to this matter for the limited purpose of conducting the settlement conference and the assigned Magistrate Judge in this action is Frank J. Singer. The parties did not settle the case as is their right. Plaintiff should focus his attention of prosecuting his case as the case will be time consuming.

2