UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALCLIFF MORGAN DALEY,

Plaintiff,

v.

PELAYO, *et al.*,

Defendants.

Case No. 1:20-cv-01129-JLT-FJS (PC)

ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

(ECF No. 126)

Opposition Deadline: September 10, 2026

Plaintiff Alcliff Morgan Daley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's fourth amended complaint against Defendants S. Ochoa, P. Marin, J. Pelayo, P. Gallagher, and R. Salazar ("Defendants") for deliberate indifference to serious medical need in violation of the Eighth Amendment.

On July 14, 2026, Defendants filed a motion for summary judgment. (ECF No. 125.) Plaintiff's opposition was due on or before August 7, 2026.

Currently before the court is Plaintiff's request for an extension of time to file his opposition to Defendants' motion for summary judgment, filed August 6, 2026. (ECF No. 126.) Plaintiff seeks an extension of forty-five days, or until September 10, 2026, to respond to Defendants' motion for summary judgment. Plaintiff states that good cause exists for the requested extension because the motion for summary judgment does not include a due date for

Plaintiff's response, Plaintiff was recently transferred to a new institution and it is time-consuming for Plaintiff to conduct legal research to find applicable caselaw. (*Id.*)

Defendants have not yet had an opportunity to file a response, but the court finds a response is unnecessary. The motion is deemed submitted. Local Rule 230(l).

Having considered the moving papers, the court finds good cause to grant the requested extension, specifically due to Plaintiff's recent transfer and need to conduct legal research. Fed. R. Civ. P. 6(b). Plaintiff's professed ignorance of the opposition deadline, however, is not considered good cause for this extension. Plaintiff is reminded that, pursuant to Local Rule 230(l), <u>all</u> motions filed in prisoner actions, unless otherwise specified by court order, are subject to a twenty-one-day opposition deadline. L.R. 230(l). The court repeatedly informed Plaintiff of the application of Local Rule 230(l) to motions in this case and provided Plaintiff with a copy of Local Rule 230(l). (ECF Nos. 2 at 5; 79 at 6; 79-1 at 13.)

Finally, the court further finds that Defendants will not be prejudiced by the brief extension granted here.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for extension of time to file an opposition to Defendants' motion for summary judgment, (ECF No. 126), is GRANTED;
2. Plaintiff's opposition to Defendants' motion for summary judgment, (ECF No. 125), is due on or before <u>September 10, 2026</u>; and
3. <u>If Plaintiff fails to file an opposition in compliance with this order, the court will recommend dismissal of this action due to Plaintiff's failure to prosecute and failure to obey a court order</u>.

IT IS SO ORDERED.

Dated: **August 10, 2026**

UNITED STATES MAGISTRATE JUDGE