UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALCLIFF MORGAN DALEY,

Plaintiff,

v.

PELAYO, *et al.*,

Defendants.

Case No. 1:20-cv-01129-JLT-FJS (PC)

ORDER DENYING PLAINTIFF'S MOTION TO FILE SURREPLY

(ECF No. 130)

Plaintiff Alcliff Morgan Daley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's fourth amended complaint against Defendants S. Ochoa, P. Marin, J. Pelayo, P. Gallagher, and R. Salazar ("Defendants") for deliberate indifference to serious medical need in violation of the Eighth Amendment.

On July 14, 2026, Defendants filed a motion for summary judgment. (ECF No. 125.)

Following an extension of time, Plaintiff filed an opposition on September 14, 2026. (ECF No. 128.) Defendants filed a reply on September 28, 2026. (ECF No. 129.) The motion is now fully briefed.

On October 13, 2026, Plaintiff moved to file a surreply to Defendants' reply brief. (ECF No. 130.) While Defendants have not yet had an opportunity to file a response to Plaintiff's request, the court finds a response unnecessary. The motion is deemed submitted. Local Rule

230(l).

Neither the Federal Rules of Civil Procedure nor the Local Rules contemplate the filing of a surreply. *See* Local Rule 230(l). In addition, the court did not request a surreply. Briefing on the pending motion for summary judgment has been completed, and the court will address the motion for summary judgment in due course. There is no need for Plaintiff to file a surreply.

Accordingly, Plaintiff's motion to file a surreply (ECF No. 130) is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **October 22, 2026**

UNITED STATES MAGISTRATE JUDGE